

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00001-CR

| | | |
|---|---|---|
| Jacob Wylie Romine, Jr., Appellant | § | On Appeal from the 355th District Court |
| | § | |
| | | of Hood County (CR13025) |
| | § | |
| v. | § | October 25, 2018 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM